# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CYNTHIA VILLAGOMES,

        Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, *et al.*,

        Defendants.

Case No. 2:08-cv-00387-RLH-GWF

**ORDER**

On June 15, 2010, the Court issued an order extending the date for Plaintiff's date to respond to Defendants' Motion to Strike Plaintiffs' Supplemental Expert Disclosure and Fifth Supplemental Rule 26 Disclosures (#75). (*See* #81). The Order granted Plaintiff an extension of until fourteen (14) days following the Court's decision on Plaintiff's motion to remand (#76) to respond to the motion to strike. (#81).

On September 20, 2010, the District Court entered an order denying Plaintiff's motion to remand. (#99). As a result, the Court now directs Plaintiff to file a response to the pending motion to strike (#75). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a response to Defendants' Motion to Strike Plaintiffs' Supplemental Expert Disclosure and Fifth Supplemental Rule 26 Disclosures (#75) on or before **October 18, 2010**.

DATED this 7th day of October, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge