1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8   CYNTHIA VILLAGOMES,                          )
                                                 )
9                         Plaintiff,             )        Case No.  2:08-cv-00387-RLH-GWF
                                                 )
10   vs.                                         )        **ORDER**
                                                 )
11   LABORATORY CORPORATION OF AMERICA,          )
     *et al.*,                                   )
12                                               )
                          Defendants.            )
13   _____)

14          This matter is before the Court on the parties' failure to file a joint pretrial order required by

15   LR 26-1(e)(5).  The Stipulation and Order to Extend Dispositive Motions and Pre-Trial Order

16   Deadlines (Third Request) (#79) filed June 8, 2010, required the parties to file a joint pretrial order

17   required by LR 26-1(e)(5) no later than August 11, 2010, or 30 days after a decision on the

18   dispositive motions.  A Motion to Remand for Lack of Subject Matter Jurisdiction (#76),

19   Countermotion to Dismiss (#88), Countermotion to Dismiss (#89) and Countermotion to Dismiss

20   (#90) were decided on September 20, 2010, in which case the date for filing the Joint Pretrial Order

21   was suspended until 30 days after the decision.  There are no further dispositive motions pending.

22   To date, the parties have not complied.  Accordingly,

23          **IT IS ORDERED** that

24                  1.      Counsel for the parties shall file a joint pretrial order which fully complies

25                          with the requirements of LR 16-3 and LR 16-4 no later than **November 26,**

26                          **2010.**  Failure to timely comply will result in the imposition of sanctions up

27                          to and including a recommendation to the District Judge that the complaint

28                          be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 15th day of November, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge

2