LAW OFFICES OF ERIC R. BLANK, P.C.
ERIC R. BLANK, Nevada Bar No. 6910
Email: eblank@ericblanklaw.com
8960 W. Tropicana Avenue, Suite 300
Las Vegas, NV 89147
Tel: (702) 222-2115
Fax: (702) 227-0615
*Attorney for Plaintiff Cynthia Villagomes*

GORDON SILVER
ERIC R. OLSEN, Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
JOEL Z. SCHWARZ, Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Defendant, On Demand, Inc. d/b/a Accurate Courier & Logistics*

SNELL & WILMER, LLP
KELLY A. EVANS, Nevada Bar No. 7691
Email: kevans@swlaw.com
CHAD R. FEARS, Nevada Bar No. 6970
Email: cfears@swlaw.com
Tel: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Defendants Laboratory Corporation of America and Laboratory Corporation of America Holding*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA VILLAGOMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA; LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation; ON DEMAND, INC. d/b/a ACCURATE COURIER & LOGISTICS, a Nevada corporation; LAS VEGAS SURGICARE, INC. d/b/a LAS VEGAS SURGERY CENTER, a Nevada corporation; ROE CORPORATIONS 1-50, inclusive, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:08-cv-00387-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101490-004/1189276

1 of 3

## STIPULATION

Plaintiff CYNTHIA VILLAGOMES ("Plaintiff"), by and through counsel, the Law Offices of Eric R. Blank, P.C.; Defendants LABORATORY CORPORATION OF AMERICA and LABORATORY CORPORATION OF AMERICA HOLDINGS ("LabCorp"), by and through counsel Snell & Wilmer, LLP; and Defendant ON DEMAND, INC. d/b/a ACCURATE COURIER & LOGISTICS ("Accurate"), by and through counsel, the law firm of Gordon Silver, HEREBY STIPULATE AND AGREE:

1. The First Cause of Action (Negligence) of Plaintiff's Second Amended Complaint [Doc. #35], the sole remaining claim in this action, shall be **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs.

DATED this 28 day of April, 2011.

LAW OFFICE OF ERIC R. BLANK, P.C.

_____
ERIC R. BLANK
Nevada Bar No. 6910
8960 W. Tropicana Avenue, Suite 300
Las Vegas, NV 89147
*Attorney for Plaintiff Cynthia Villagomes*

DATED this 28 day of April, 2011

GORDON SILVER

_____
ERIC R. OLSEN
Nevada Bar No. 3127
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
*Attorneys for Defendant On Demand, Inc.*
*d/b/a Accurate Courier & Logistics*

DATED this 28TH day of April, 2011.

SNELL & WILMER, LLP

_____
KELLY A. EVANS
Nevada Bar No. 7691
CHAD R. FEARS
Nevada Bar No. 6970
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: (702) 784-5200
*Attorneys for Defendants Laboratory*
*Corporation of America and Laboratory*
*Corporation of America Holdings*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101490-004/1189276

2 of 3

**ORDER**

The Court, having reviewed and considered the Stipulation by the parties, and good cause appearing therefore, HEREBY ORDERS that the First Cause of Action (Negligence) of Plaintiffs' Second Amended Complaint [Doc. #35], the sole remaining claim in this action, shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED this 2d day of May, 2011.

_____
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101490-004/1189276